**Robert GILMORE, Appellant,**

v.

**STATE of Missouri, Respondent.**

**No. WD 50905.**

Missouri Court of Appeals,
Western District.

Jan. 23, 1996.

Jarrett Aiken Johnson, Asst. Appellate Defender, Kansas City, for appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., Mary Moulton Bryan, Asst. Atty. Gen., Jefferson City, for respondent.

Before SMART, P.J., and LOWENSTEIN and BERREY, JJ.

### *ORDER*

PER CURIAM:

Appeal from denial of Rule 24.035 motion for post-conviction relief after an evidentiary hearing.

Affirmed. Rule 84.16(b).

■

**STATE of Missouri, Respondent,**

v.

**Stanley L. BOYSIEWICK, Appellant.**

**Nos. WD 48646, WD 50885.**

Missouri Court of Appeals,
Western District.

Jan. 23, 1996.

Judith C. LaRose, Office of the State Public Defender, Columbia, for appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., Jefferson City, Philip M. Koppe, Asst. Atty. Gen., Kansas City, for respondent.

Before SPINDEN, P.J., and BERREY and LAURA DENVIR STITH, JJ.

### *ORDER*

PER CURIAM:

Appeal from jury conviction of three counts of rape, § 566.030 RSMo Cum.Supp. 1990, the sentence therefrom, and denial of Rule 29.15 motion.

Affirmed. Rules 30.25(b) and 84.16(b).